**BERNARDO FOOTWEAR, LLC,**
Plaintiff–Appellant,

v.

**DILLARD'S INC., Defendant,**

and

**Federated Department Stores, Inc., Defendant,**

and

**Fortune Dynamic, Inc., Defendant–Appellee.**

No. 2008–1402.

United States Court of Appeals, Federal Circuit.

March 4, 2009.

Edward W. Goldstein, Goldstein, Faucett & Prebeg, LLP, of Houston, TX, argued for plaintiff-appellant. With him on the brief were Alisa A. Lipski and Wendy L. Boone.

John T. Palter, Riney Palter, PLLC, of Dallas, TX, argued for defendant-appellee. With him on the brief were Theodore J. Riney and Bruce K. Packard. Of counsel on the brief was Angela P. Lin, Huang, Fedalen & Lin, LLP, of Encino, CA.

BRYSON, LINN, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.